## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA



FILED
MAR 2 0 2017
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

~~Officer C.O. Muney~~
Richard Winning

3405027

*(Enter above the full name of the plaintiff or plaintiffs in this action).*

*(Inmate Reg. # of each Plaintiff)*

**VERSUS**

CIVIL ACTION NO. 2:17-1935
*(Number to be assigned by Court)*

Officer C.O. Muncy
1001 Centre Way   S.C.R.J. Staff
Charleston WV 25309

*(Enter above the full name of the defendant or defendants in this action)*

## COMPLAINT

I. **Previous Lawsuits**

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        Yes _____    No ✓

1

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.  Parties to this previous lawsuit:

    Plaintiffs: _____

    _____

    _____

    Defendants: _____

    _____

    _____

2.  Court (if federal court, name the district; if state court, name the county);

    _____

    _____

3.  Docket Number: _____

4.  Name of judge to whom case was assigned:

    _____

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    _____

    _____

6.  Approximate date of filing lawsuit: _____

7.  Approximate date of disposition: _____

II. **Place of Present Confinement:** S.C.R.J.

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓     No ___

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ✓     No ___

    C. If you answer is YES:

        1. What steps did you take? Said They would talk to Him

        2. What was the result? Nothing

    D. If your answer is NO, explain why not: ___

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Richard B. Winning #3405027
       Address: S.C.R.J. 1001 centre way Charleston WV 25309

    B. Additional Plaintiff(s) and Address(es): ___

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: _____

is employed as: _____

at _____

D. Additional defendants: _____

_____

_____

_____

## IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was Asleep in my cell witch is A-3- cell 8 when offier muncy come in cell. He took down the cover on my light. I said why. Nothing else. He said you want to keep running your mouth I said nothing he said if do I would Be Lock down all day. so I kept saying nothing And He said I would Be kept lock down all day Anyway. me And muncy dont Get

4

IV.
Statement of Claim Continued

in my cell. And I was also called down to Medical Unit to see Phys doctor to get put on My Phys meds And C.O. officer Muncy Wouldnt let me go. I Fear for my sifty Here do to officer Muncy Treating Me All the Time. This All just happen A month or more ago. do to a Lawsuit I got on The Jail And I told Him About it. Every since Then He has gave me trouble. Not only That I know is Hole family And He Know mine I Also Beleave its got to do with my Crime And Me Being Gay. I would like to File A Hate Crime on Him And Harressment But When I Ask to speak to someone Higher up Then Them They say No or Wait. And I do not Get to. I am not right in my Head And Without my meds or Phys Meds It wont help me And I Am Getting Refused medical treatment By officer C.O. Muncy. I Think This is wrong.

**IV. Statement of Claim (continued):**

Along Anyway. He Knows me from The outside of Jail And He Makes Therats TO Me all The Time. Well I did Him This Time But He did me Frist By Saying He was going to Put my Life in danger By putting me in A-4 I Been over There Befor in B-4 And They will Thow Shit And piss all over you. did it Befor. I Fear for my Life Being Around Officer Muney I did nothing wrong to Him. Now He is Thearting me I dont Get A Reg Tray do to the Fact he left

**V. Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To Be move to A other Jail And Muney fired do to The Way He Treats Inmade Not only me But others And For All The Fear And troble he put me in And Pain. $2000 or Just Move Me to S.W.R.J. And him lose his Job. Thankyou. or have A Talk With Him And Keep Him Away from me. do This A.S.A.P. I Fear for my life.

**V.      Relief (continued)):**

_____
_____
_____
_____
_____
_____

**VII.    Counsel**

   A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

   _____

   B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

   Yes _____          No __✓__

   If so, state the name(s) and address(es) of each lawyer contacted:

   __Got No Money._____

   _____

   If not, state your reasons: __No Money._____

   _____

   C.    Have you previously had a lawyer representing you in a civil action in this court?

   Yes _____          No __✓__

6

If so, state the lawyer's name and address:

_____

_____

Signed this ⊙14 day of March, 20 17.

_Richard W_____ 3405027_

_____

_____

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 14, 2017.
              (Date)

_Richard W_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7

Richard Whiting A.3-8
#3405027
South Central Regional Jail
1001 Centre Way
Charleston WV, 25309

Clerk, United States District Court
Robert C. Byrd U.S. Court House
300 Virginia St. E. Room 2400
Charleston, WV 25301



RECEIVED
MAR 2 0 2017
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

South Central Regional Jail
Legal Mail

South Central Regional Jail
Legal Mail